**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC, <br> DENNIS SMITH, | : | Civil Action No. 1:23-cv-00773 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHELLE LUJAN GRISHAM, <br> in her official capacity only, PATRICK <br> M. ALLEN, in his official capacity only, <br> JASON R. BOWIE, in his official <br> capacity only, TROY WEISLER, in his <br> official capacity only, HAROLD <br> MEDINA, in his official capacity only, | : | |
| | : | |
| Defendants. | : | SEPTEMBER 9, 2023 |

**NOTICE OF APPEARANCE**

**COMES NOW** Advocate Law Center, P.A. (Jeremy M. Gay), Attorney at Law, and

enters his appearance in the above-entitled cause on behalf of the Plaintiffs, We The Patriots

USA, INC. and Dennis Smith.

Respectfully Submitted,

*/s/ Jeremy M. Gay*
Jeremy M. Gay, Esq.
Advocate Law Center, P.A.
821 Ford Drive
Gallup, NM  87301
Telephone: (505) 722-2055
Email: Jeremy@alcpafirm.com
Fax: 505-722-0351