IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

We The Patriots USA, Inc.; Dennis Smith

    Plaintiff(s),

vs.

No. CIV 1:23-cv-00773

Michelle Lujan Grisham, Patrick M. Allen, Jason Bowie, Troy Weisler, Harold Medinia

    Defendant(s).

INFORMATION SHEET FOR T.R.O.

**Attorney(s) for Plaintiff(s):** *(include phone #)*

Jeremy M. Gay, Esq., Advocate Law Center, P.A., (505) 722-2055, Jeremy@alcpafirm.com
Cameron L. Atkinson, Esq. Atkinson Law, LLC, 203-677-0782, catkinson@atkinsonlawfirm.com

**Attorney(s) for Defendant(s):** *(include phone #)*

Attorney General Raul Torrez, New Mexico Attorney General, (505) 490-4060
Attorney Lauren Keefe, Albuquerque City Attorney, (505) 768-4500, lkeefe@cabq.gov

**Nature of Underlying Claim:** *(contract, tort, environment, etc.)*

Civil rights (42 U.S.C. 1983). Claim challenges the New Mexico governor's issuance of an executive barring public carry of firearms as a violation of the Second Amendment.

**Jurisdiction:** *(Cite Statutes)*

42 U.S.C. 1983, 28 USC 1331

Precise statement of activity sought to be restrained or compelled:

New Mexico Governor and Health Secretary's orders banning the public carry of firearms for 30 days and their ban on carrying in public parks for 30 days.

HEARING

Estimated length of hearing: 30 minutes to an hour

Request hearing to be set for: *(Select one)*

☉ Today  ◯ Tomorrow  ◯ Within One Week  ◯ Within Ten Days

NOTICE

Are all parties represented by counsel at this time?     ◯ Yes  ◯ No

Have the opposing party(ies) and their attorney(s) been notified ?    ☉ Yes  ◯ No

    If answer is yes, when?   September 10, 2023 and again on September 11, 2023

    If answer is no, why not?

Notice given by:   ☒ Phone  ☒ Fax  ☐ Letter  ☐ In Person  ☒ Other