UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC, <br> DENNIS SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> MICHELLE LUJAN GRISHAM, in her official capacity only, PATRICK M. ALLEN, in his official capacity only, JASON R. BOWIE, in his official capacity only, TROY WEISLER, in his official capacity only, HAROLD MEDINA, in his official capacity only, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | DKT No.: 1:23-cv-00773-DHU-LF <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> SEPTEMBER 12, 2023 |

## NOTICE OF *PRO HAC VICE* APPEARANCE

Pursuant to the Court's local rules, the undersigned hereby respectfully enters his appearance on behalf of the Plaintiffs, We The Patriots USA, Inc. and Dennis Smith.

        The Plaintiffs

        By: /s/ Cameron L. Atkinson /s/
        Cameron L. Atkinson, Esq.
            *pro hac vice admission pending*
        ATKINSON LAW, LLC
        122 Litchfield Rd., Ste. 2
        P.O. Box 340
        Harwinton, CT 06791
        Telephone: 203.677.0782
        Email: catkinson@atkinsonlawfirm.com

## CERTIFICATION OF SERVICE

The Defendants have not appeared in this matter yet. The undersigned has served this filing on their appropriate legal representatives as follows:

Raul Torrez, Esq.
New Mexico Attorney General
 *For Defendants Michelle Lujan Grisham, Patrick Allen, Jason Bowie, Troy Weisler*
201 3rd St. NW
Suite 300
Albuquerque, NM 87102
*Via facsimile*: (505)-490-4883

Lauren Keefe, Esq.
Albuquerque City Attorney
 *For Defendant Harold Medina*
P.O. Box 2248
Albuquerque NM 87103
*Via email*: lkeefe@cabq.gov

Ethan Watson
Albuquerque City Clerk
P.O. Box 1293
Albuquerque NM 87103
*Via email*: ewatson@cabq.gov


      /s/ Cameron L. Atkinson /s/