UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC, <br> DENNIS SMITH, | : <br> : <br> : | DKT No.: 1:23-cv-00773-DHU-LF |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| MICHELLE LUJAN GRISHAM, in her official capacity only, PATRICK M. ALLEN, in his official capacity only, JASON R. BOWIE, in his official capacity only, TROY WEISLER, in his official capacity only, HAROLD MEDINA, in his official capacity only, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | SEPTEMBER 12, 2023 |

**CORPORATE DISCLOSURE STATEMENT OF WE THE PATRIOTS USA, INC.**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff We The Patriots USA, Inc., by and through the undersigned counsel, states as follows:

We The Patriots USA, Inc. ("WTP") certifies that it is a non-profit corporation. It has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in it.

                                                                     The Plaintiffs

                                                                      By: /s/ Cameron L. Atkinson /s/
                                                                      Cameron L. Atkinson, Esq.
                                                                           *pro hac vice admission pending*
                                                                       ATKINSON LAW, LLC
                                                                       122 Litchfield Rd., Ste. 2
                                                                       P.O. Box 340
                                                                       Harwinton, CT 06791
                                                                       Telephone: 203.677.0782
                                                                       Email: catkinson@atkinsonlawfirm.com

## **CERTIFICATION OF SERVICE**

The Defendants have not appeared in this matter yet. The undersigned has served this filing on their appropriate legal representatives as follows:

Raul Torrez, Esq.
New Mexico Attorney General
    *For Defendants Michelle Lujan Grisham, Patrick Allen, Jason Bowie, Troy Weisler*
201 3rd St. NW
Suite 300
Albuquerque, NM 87102
*Via facsimile*: (505)-490-4883

Lauren Keefe, Esq.
Albuquerque City Attorney
    *For Defendant Harold Medina*
P.O. Box 2248
Albuquerque NM 87103
*Via email*: lkeefe@cabq.gov

Ethan Watson
Albuquerque City Clerk
P.O. Box 1293
Albuquerque NM 87103
*Via email*: ewatson@cabq.gov

                    /s/ Cameron L. Atkinson /s/