IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WE THE PATRIOTS USA, INC, and
DENNIS SMITH,

    Plaintiffs,

v.                                                                                    Case No. 1:23-cv-00773-DHU-LF

MICHELLE LUJAN GRISHAM, in her official
capacity only, PATRICK M. ALLEN, in his
official capacity only, JASON R. BOWIE, in
his official capacity only, TROY W. WEISLER,
in his individual capacity only, and HAROLD
MEDINA, in his official capacity only,

    Defendants.

## ENTRY OF APPEARANCE

**COME NOW** Holly Agajanian and hereby enters her appearance on behalf of Governor Michelle Lujan Grisham, Secretary Patrick M. Allen, Secretary Jason R. Bowie and Chief W. Troy Weisler.

    Respectfully submitted,

    */s/ Holly Agajanian*
    **HOLLY AGAJANIAN**
    *Chief General Counsel to Governor Michelle Lujan Grisham*

    490 Old Santa Fe Trail, Suite 400
    Santa Fe, New Mexico 87501
    (505) 476-2200
    holly.agajanian@exec.nm.gov

    *Counsel for Governor Michelle Lujan Grisham, Secretary Patrick M. Allen, Secretary Jason R. Bowie* and *Chief W. Troy Weisler*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

    Respectfully submitted,

    */s/ Holly Agajanian*
    Holly Agajanian