IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WE THE PATRIOTS USA, INC., *et al.*

    Plaintiffs,

vs.

MICHELLE LUJAN GRISHAM, *et al.*,

    Defendants.

No. 1:23-cv-00773-DHU-LF

Consolidated with:

No. 1:23-cv-00771-DHU-LF
No. 1:23-cv-00772-DHU-LF
No. 1:23-cv-00774-DHU-LF
No. 1:23-cv-00778-DHU-LF
No. 1:23-cv-00839-DHU-LF

**ENTRY OF APPEARANCE**

    COMES NOW attorney Cody R. Rogers of the law firm of Serpe | Andrews, PLLC, and hereby enters her appearance on behalf of Defendants Michelle Lujan Grisham, Patrick M. Allen, Jason R. Bowie, and Troy Weisler in the above-captioned cases.

Respectfully submitted,

**Serpe | Andrews, PLLC**

*/s/ Cody R. Rogers*
Cody R. Rogers
2540 El Paseo Road, Ste D
Las Cruces, NM 88001
Telephone: (575) 288-1453
***Attorney for Defendants***

## Certificate of Service

   I hereby certify that on October 17, 2023, I filed the foregoing through this Court's CM/ECF Filing System, causing a true and correct copy of the same to be served upon all counsel of record as more fully reflected in the Notice of Electronic Filing.

*/s/ Cody Rogers*
Cody Rogers
Serpe | Andrews, PLLC