UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC, <br> DENNIS SMITH, | : <br> : <br> : | DKT No.: 1:23-cv-00773-DHU-LF |
| Plaintiffs, | : <br> : <br> : | |
| v. | : <br> : | |
| MICHELLE LUJAN GRISHAM, <br> in her official capacity only, PATRICK <br> M. ALLEN, in his official capacity only, <br> JASON R. BOWIE, in his official <br> capacity only, TROY WEISLER, in his <br> official capacity only, HAROLD <br> MEDINA, in his official capacity only, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | OCTOBER 19, 2023 |

## **PLAINTIFFS' NOTICE OF APPEAL**

The Plaintiffs – We The Patriots USA, Inc. and Dennis Smith – hereby give notice of their appeal of the Court's October 11, 2023 order denying their motion for a preliminary injunction (Dkt. 27).

                The Plaintiffs,

                By: /s/ Cameron L. Atkinson /s/
                Cameron L. Atkinson, Esq.
                  *pro hac vice admitted*
                ATKINSON LAW, LLC
                122 Litchfield Rd., Ste. 2
                P.O. Box 340
                Harwinton, CT 06791
                Telephone: 203.677.0782
                Email: catkinson@atkinsonlawfirm.com

                */s/ Jeremy M. Gay*
Jeremy M. Gay
Advocate Law Center, P.A.
821 S. Ford Dr.
Gallup, New Mexico 87301
(505) 722-2055
Jeremy@alcpafirm.com

**CERTIFICATION OF SERVICE**

Counsel for Defendants Grisham, Allen, Bowie, and Weisler have appeared in this matter. They have been served copies of this filing by the Court's CM/ECF filing system at the time of filing. Defendant Medina has not appeared and the undersigned will serve this filing by electronic mail:

Holly Agajanian, Esq.
Chief General Counsel – Office of Governor Michelle Grisham
    *For Defendants Grisham, Allen, Bowie, and Weisler*
State Capitol Building, Ste. 400
Santa Fe, NM 87501
Holly.agajanian@exec.nm.gov

Lauren Keefe, Esq.
City Attorney – City of Albuquerque
    *For Defendant Medina*
One Civic Plaza NW
4th Floor, Room 4072
Albuquerque, NM 87102
lkeefe@cabq.gov

                /s/ Cameron L. Atkinson /s/