### IN UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WE THE PATRIOTS USA, INC., *et al.* <br>    *Plaintiffs*, <br><br> v. <br><br> MICHELLE LUJAN GRISHAM, individually and in her official capacity as the Governor of New Mexico, *et al.*, <br>    *Defendants*. | : No. 1:23-cv-00773-DHU-LF <br> : <br> : <br> : Consolidated with: <br> : <br> : No. 1:23-cv-00771-DHU-LF <br> : No. 1:23-cv-00772-DHU-LF <br> : No. 1:23-cv-00774-DHU-LF <br> : No. 1:23-cv-00778-DHU-LF <br> : No. 1:23-cv-00839-DHU-LF |

## NOTICE OF APPEAL

Plaintiffs, Zachary Fort, Firearms Policy Coalition, Inc., Second Amendment Foundation, and New Mexico Shooting Sports Association, Inc., hereby give notice of their appeal to the United States Court of Appeals for the Tenth Circuit from the Order on Plaintiffs' Motion for Preliminary Injunction, entered October 11, 2023 (Doc. No. 27).

                                            Respectfully Submitted,

                                            **ARAGON MOSS**
                                            **GEORGE JENKINS, LLP**

By:    */s/ Jordon P. George*
           Jordon P. George
           2201 Menaul Blvd NE
           Albuquerque, NM 87107
           (505) 872-3022
           (505) 214-5317 (facsimile)
           jordon@amgjlaw.com

           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on <u>October 20, 2023</u>, a copy of the foregoing was served by electronic filing with the Clerk of the Court via CM/ECF to all counsel of record.

<i>/s/ Jordon P. George</i><br>
Jordon P. George