# TRANSCRIPT ORDER FORM — DIRECTIONS ON THE REVERSE SIDE

## PART I - To be completed by appellant within fourteen days of filing the notice of appeal.

Short Title: Fort, et al. v. Grisham, et al.
District: District of New Mexico
Name of Attorney/Pro Se Party: David H. Thompson
Name of Law Firm/Office: Cooper & Kirk, PLLC
Address: 1523 New Hampshire Ave., NW, Washington, DC 20036
Attorney for: Plaintiffs-Appellants

District Court Number: 1:23-cv-00773
Circuit Court Number: 23-2167
Email Address: dthompson@cooperkirk.com
Telephone: (202) 220-9600

Name of Court Reporter: Carmela McAlister
Name of Court Reporter (if ordering from more than one): N/A

## PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
☐ A transcript is not necessary for this appeal;
☐ The necessary transcript is already on file in District Court; or
☐ The necessary transcript was ordered previously in appeal number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):
(Specify the date and proceeding in the space below)

Voir dire: _____
Trial proceedings: _____
Jury Instructions: _____
Post-Trial Hearings: _____

Opening Statements: _____
Closing Arguments: _____
Other Proceedings: 10/3/23 Preliminary Injunction Hearing
Other Proceedings: _____

(Attach additional pages if necessary)

☒ I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

☐ This case is proceeding under the Criminal Justice Act.
IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: /s/David H. Thompson                    Date: 10/27/2023

## PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 11-3-2023
Estimated completion date: 12-3-2023
Estimated number of pages: 100

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Carmela V. McAlister    Date: 11-3-2023

A-8 Transcript Order Form 3/2017