IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC., et al. | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23-cv-00773-DHU-LF |
| | ) | |
| MICHELLE LUJAN GRISHAM, in her | ) | Consolidated with: |
| official capacity as the Governor of | ) | |
| New Mexico, | ) | No. 1:23-cv-00771-DHU-LF |
|     Defendants. | ) | No. 1:23-cv-00772-DHU-LF |
| | ) | No. 1:23-cv-00774-DHU-LF |
| | ) | No. 1:23-cv-00778-DHU-LF |
| | ) | No. 1:23-cv-00839-DHU-LF |
| | ) | |
| | ) | |

## NOTICE OF APPEAL

Now come Randy Donk, Gun Owners of America, Inc., and Gun Owners Foundation ("Plaintiffs"), by and through counsel, and hereby give notice of their appeal to the United States Court of Appeals for the Tenth Circuit from the Order on Plaintiffs' Motion for Preliminary Injunction, entered on October 11, 2023 (Document No. 27).

                                                                     Respectfully submitted,

Dated:  November 6, 2023

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

1

Anthony R. Napolitano
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E Camelback Rd, Ste. 210
Phoenix, AZ 85018
(602) 848-5449
anapolitano@bfsolaw.com

Mark J. Caruso
4302 Carlisle Blvd., NE
Albuquerque, NM 87107
(505) 883-5000
mark@carusolaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be file with this Court's CM/ECF system which generated a notice and delivered a true and correct copy to all counsel of record.

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh