UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

November 06, 2023

Mr. Mark J. Caruso
4302 Carlisle Blvd., N.E.
Albuquerque, NM 87107-0000

Mr. Anthony Roman Napolitano
Bergin, Frakes, Smalley & Oberholtzer
4343 Camelback Road, Suite 210
Phoenix, AZ 85018

Mr. Stephen Stamboulieh
Stamboulieh Law
P.O. Box 428
Olive Branch, MS 38654

RE:   23-2185, We the Patriots, Inc., et al v. Michelle Grisham, et al
      Dist/Ag docket: 1:23-CV-00773-DHU-LF

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:	Holly Agajanian
	Robert J. Aragon
	Barry K. Arrington
	Cameron Lee Atkinson
	Jason Bowles
	Jeremy M. Gay
	Jordon P. George
	Marc Lowry
	Cody R. Rogers
	Joseph Lee Woods

CMW/klp