IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WE THE PATRIOTS USA, INC., *et al.*,

    Plaintiffs,

v.                                                                                  No. 1:23-cv-00773-DHU-LF

MICHELLE LUJAN GRISHAM, *et al.*,            Consolidated with:

    Defendants.                                                        No. 1:23-cv-00771-DHU-LF
                                                                          No. 1:23-cv-00772-DHU-LF
                                                                          No. 1:23-cv-00774-DHU-LF
                                                                          No. 1:23-cv-00778-DHU-LF
                                                                          No. 1:23-cv-00839-DHU-LF

## ENTRY OF APPEARANCE

**COME NOW** Kyle P. Duffy and hereby enters his appearance on behalf of Michelle Lujan Grisham, Secretary Patrick M. Allen, Secretary Jason R. Bowie, and Chief Troy W. Weisler.

                                                          Respectfully submitted,

                                                          */s/ Kyle P. Duffy*
                                                          **KYLE P. DUFFY**
                                                          *Deputy General Counsel to Governor Michelle*
                                                          *Lujan Grisham*
                                                          490 Old Santa Fe Trail, Suite 400
                                                          Santa Fe, New Mexico 87501
                                                          (505) 476-2200
                                                          Holly.Agajanian@exec.nm.gov
                                                          Kyle.duffy@exec.nm.gov

                                                          *Counsel for Governor Michelle Lujan Grisham,*
                                                          *Secretary Patrick M. Allen, Secretary Jason R.*
                                                          *Bowie* and *Chief W. Troy Weisler*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2023, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

        Respectfully submitted,

        */s/ Kyle P. Duffy*
        Kyle P. Duffy