IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WE THE PATRIOTS USA, INC., et al.          )
    Plaintiffs,                                )
                                             )
                                             )          Civil Action No. 1:23-cv-00773-DHU-LF
                                             )
MICHELLE LUJAN GRISHAM, in her          )          Consolidated with:
official capacity as the Governor of          )
New Mexico,                                )          No. 1:23-cv-00771-DHU-LF
    Defendants.                            )          No. 1:23-cv-00772-DHU-LF
                                             )          No. 1:23-cv-00774-DHU-LF
                                             )          No. 1:23-cv-00778-DHU-LF
                                             )          No. 1:23-cv-00839-DHU-LF
                                             )
    —————————————————————          )

## JOINT MOTION TO STAY PENDING APPEAL

Now come Randy Donk, Gun Owners of America, Inc., and Gun Owners Foundation ("Plaintiffs"), by and through counsel, and state as follows:

1.  On October 11, 2023, this Court denied Plaintiffs' Motion for Preliminary Injunction by order issued in lead case *We the Patriots USA, Inc., et al. v. Grisham, et al.*, Civil Action No. 1:23-cv-00773-DHU-LF. Document No. 27.

2.  On November 6, 2023, the Plaintiffs in *Donk, et al. v. Grisham, et al*, filed their Notice of Appeal to the Tenth Circuit.  Document No. 49.[1]

_____

[1] Also pending in the Tenth Circuit are the following interlocutory appeals regarding the denial of the motion for preliminary injunction:  *We the Patriots, Inc., et al., v. Grisham, et al*. (23-2166) and *Fort, et al., v. Grisham, et al* (23-2167).  This Motion is filed on behalf of the *Donk* Plaintiffs only.

3.  Currently, Plaintiffs and Defendants have a Joint Status Report and Provisional Discovery Plan due on November 17, 2023 and a Rule 16 Initial Scheduling Conference set for November 27, 2023.  Document 35.

4.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Landis v. N. Am. Co., 299 U.S. 248, 254 (1936); accord Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 880 n.6 (1998).  *See also Clinton v. Jones*, 520 U.S. 681, 706, 117 S. Ct. 1636, 1650 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

5.  In particular, "[d]istrict courts have the prerogative to decide whether a stay is warranted given the specific circumstances of a case." *Doe v. Jones*, 762 F.3d 1174, 1178 (10th Cir. 2014) (quoting *Landis*, 299 U.S. at 254).  *See Armijo v. Vill. of Columbus*, 2011 U.S. Dist. LEXIS 161644, at *6-7 (D.N.M. Aug. 1, 2011) ("the Court finds that a stay of proceedings pending the interlocutory appeal is appropriate at this point in the interest of judicial economy, as the issues on appeal are related to certain remaining claims in the case and are best tried together.").[2]

6.  Here, the Tenth Circuit's decision on Plaintiffs' interlocutory appeal likely will inform proceedings in this Court and, for reasons of judicial and party economy, this Court should stay proceedings pending the Tenth Circuit's resolution of Plaintiffs' interlocutory appeal.

7.  This Motion is joined by Defendants, who consent to the relief requested.

---

[2] *See Wolf Designs, Inc. v. Donald McEvoy Ltd., Inc*., 341 F. Supp. 2d 639, 642 (N.D. Tex. 2004) ("[A] stay pending the outcome of litigation in another court between the same parties, involving the same or controlling issues, is an appropriate means of avoiding unnecessary waste of judicial resources." (citing *ACF Indus., Inc. v. Guinn*, 384 F.2d 15, 19 (5th Cir. 1967))).

2

Respectfully submitted,


Dated:  November <u>14</u>, 2023


<u>/s/ Stephen D. Stamboulieh</u>
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

Anthony R. Napolitano
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E Camelback Rd, Ste. 210
Phoenix, AZ 85018
(602) 848-5449
anapolitano@bfsolaw.com

Mark J. Caruso
4302 Carlisle Blvd., NE
Albuquerque, NM 87107
(505) 883-5000
mark@carusolaw.com
Attorneys for Plaintiffs


AND


<u>/s/ Holly Agajanian</u>
**HOLLY AGAJANIAN**
*Chief General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
(505) 476-2200
holly.agajanian@exec.nm.gov


 SERPE ANDREWS, PLLC

<u>/s/ Cody R. Rogers</u>
Cody R. Rogers
2540 El Paseo Road, Suite D

Las Cruces, NM 88001
(575) 288-1453
crogers@serpeandrews.com
*Counsel for Governor Michelle Lujan Grisham,*
*Secretary Patrick M. Allen, Secretary Jason R. Bowie*
* and Chief W. Troy Weisler*

## **CERTIFICATE OF SERVICE**

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing

document or pleading to be file with this Court's CM/ECF system which generated a notice and

delivered a true and correct copy to all counsel of record.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh