IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WE THE PATRIOTS, INC,
DENNIS SMITH,         No. 1:23-cv-00773-DHU-LF

    Plaintiffs,   Consolidated with:

No. 1:23-cv-00771-DHU-LF
No. 1:23-cv-00772-DHU-LF
No. 1:23-cv-00774-DHU-LF
vs.   No. 1:23-cv-00778-DHU-LF
No. 1:23-cv-00839-DHU-LF

MICHELLE LUJAN GRISHAM,
in her official capacity only, PATRICK
M. ALLEN, in his official capacity only,
JASON R. BOWIE, in his official
capacity only, TROY WEISLER, in his
official capacity only, HAROLD
MEDINA, in his official capacity only,

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR STAY PENDING APPEAL

    This issue is before the Court on Plaintiff's Joint Motion to Stay Pending Appeal (Doc. 63). On November 14, 2023, Plaintiff Donk filed a motion to Stay Pending Appeal (Doc. 60). On November 16, 2023, Plaintiff re-filed their motion to reflect that all of the consolidated Plaintiffs, and the Defendants, do not oppose a stay in these proceedings until the Tenth Circuit reaches a decision in Appeals Case No. 23-2166.[1]

    The Court having read the briefing on this motion and understanding that all parties agree that a stay is the best course of action, finds the Motion well-taken and will grant it.

---

[1] The appeals case is an appeal of this Court's judgement in which this Court denied Plaintiffs request for a preliminary injunction.

**IT IS THEREFORE ORDERED** that Plaintiff's unopposed motion to stay pending appeal (**Doc. 63**) is **GRANTED**.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE