

**United States District Court**
**District of New Mexico**
Office of the Clerk
Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

Divisional Offices
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

December 5, 2023

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron R. White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:   *(Fort, et al v. Grisham, et al) (USDC Case Number 23cv773 DHU-LF and USCA Case Number 23-2167)*

Dear Mr. Wolpert,

　　Please be advised that the record on appeal in the above referenced matter is now complete.

( )   A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

( )   A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

(X)   The transcripts which were ordered are now on file with the United States District Court.

　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　Mitchell R. Elfers
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　By: Amy Padilla

cc: Counsel of Record