IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**WE THE PATRIOTS USA, INC. et al.,**

    **Plaintiffs,**      No. 1:23-cv-00773-DHU-LF

vs.      Consolidated with:

**MICHELLE LUJAN GRISHAM,**      No. 1:23-cv-00771-DHU-LF
**OFFICE OF THE GOVERNOR,**      No. 1:23-cv-00772-DHU-LF
**PATRICK ALLEN, and**      No. 1:23-cv-00774-DHU-LF
**NM DEPARTMENT OF HEALTH,**      No. 1:23-cv-00778-DHU-LF
     No. 1:23-cv-00839-DHU-LF

    **Defendants.**

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY

THIS COURT, having reviewed Defendants' Unopposed Motion to Extend Stay [Doc. 72], FINDS the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Extend Stay [Doc. 72] is GRANTED. Further proceedings are hereby STAYED until the Tenth Circuit resolves the pending cross-appeals in *Springer v. Lujan Grisham* (Nos. 23-2192, 23-2194) and the mandate is issued.

THE HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE